1  [Counsel listed on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          *E-FILED - 9/1/05*

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>    Plaintiff and Counter-Defendant,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>    Defendant and Counterclaim Plaintiff. | Case No. C 05 01766 RMW<br><br>**STIPULATION AND ORDER SELECTING ADR PROCESS [ADR L.R. 3-5] AND ADR CERTIFICATION** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

Court Processes:

    ☐ Non-binding Arbitration (ADR L.R. 4)

    ✓ Early Neutral Evaluation (ENE) (ADR L.R. 5)

    ☐ Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

1
2  Dated: August 18, 2005        HENNIGAN, BENNETT & DORMAN LLP
3
                                 By:  s/ Lawrence M. Hadley
4                                     Attorneys for Plaintiff
                                      Computer Cache Coherency Corporation
5
6
7  Dated: August 18, 2005        FISH & RICHARDSON P.C.
8
                                 By:  s/ Juanita Brooks
                                      Attorneys for Defendant
9                                     Intel Corporation
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                                        2
28

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD COUNSEL**

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 18, 2005   By: s/ Robert Berman
                             President
                             Plaintiff, Computer Cache Coherency Corporation

Dated: August 18, 2005   HENNIGAN, BENNETT & DORMAN LLP

                         By: s/ Lawrence M. Hadley
                             Attorneys for Plaintiff
                             Computer Cache Coherency Corporation

Dated: August 18, 2005   By: s/ Tina M. Chappell
                             Sr. Litigation Attorney
                             Defendant, Intel Corporation

Dated: August 18, 2005   FISH & RICHARDSON P.C.

                         By: s/ Juanita Brooks
                             Attorneys for Defendant
                             Intel Corporation

## ECF CERTIFICATION

I, Juanita Brooks, am the ECF User whose identification and password are being used to file this Stipulation Selecting ADR Process and ADR Certification. In compliance with General Order 45.X.B., I hereby attest that Robert Berman, Lawrence M. Hadley and Tina M. Chappell have concurred in this filing.

Dated: August 18, 2005     By: s/ Juanita Brooks

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| COMPUTER CACHE COHERENCY CORPORATION,<br><br>Plaintiff and Counter-Defendant,<br><br>vs.<br><br>INTEL CORPORATION,<br><br>Defendant and Counterclaim Plaintiff. | Case No. C 05 01766 RMW<br><br>**ORDER FOR REFERRAL TO EARLY NEUTRAL EVALUATION** |
|---|---|

Pursuant to the Stipulation Selecting ADR Process submitted by the parties, the captioned matter is hereby referred to Early Neutral Evaluation.

IT IS SO ORDERED.

Dated: 9/1/05

_____
UNITED STATES DISTRICT JUDGE

APPROVED
Judge Ronald M. Whyte