HENNIGAN, BENNETT & DORMAN LLP
RODERICK G. DORMAN (SBN 96908)
LAWRENCE M. HADLEY (SBN 157728)
OMER SALIK (SBN 223056)
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
(213) 694-1200 - Telephone
(213) 694-1234 - Facsimile
dormanr@hbdlawyers.com; hadleyl@hbdlawyers.com;
saliko@hbdlawyers,com

Attorneys for Plaintiff and Counterdefendant,
COMPUTER CACHE COHERENCY
CORPORATION

*E-FILED ON 2/28/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. USA,<br><br>　　　　Defendants and Counterclaimants. | Case No. 05-CV-01668 RMW (HRL) |
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant and Counterclaimant. | Case No. 05-CV-01766 RMW (HRL)<br><br>(Cases consolidated through claim construction)<br><br>**JOINT STIPULATION RE INTERIM ORDER RE PLAINTIFF'S MOTION FOR ENTRY OF A PROTECTIVE ORDER** |

1  Pursuant to this Court's guidance during the January 31, 2006 hearing and February 1, 2006 Interim Order re Plaintiff's Motion for Entry of a Protective Order, the parties have resolved their disputes regarding the terms of a Protective Order.

Accordingly, the parties stipulate and jointly request that Plaintiff's Motion for Entry of Protective Order and Intel Corporation's and VIA Technologies, Inc.'s and VIA Technologies, Inc. (USA)'s Opposition thereto be withdrawn and that the Court enter the Stipulated Protective Order attached hereto as Exhibit 1 and that the additional submissions identified in the Court's February 1, 2006 Order no longer be required.

Respectfully submitted,

DATED: February 17, 2006                    HENNIGAN BENNETT & DORMAN LLP


                                            By    /s/ Omer Salik
                                                 Lawrence Hadley
                                                 Omer Salik

                                            Attorneys for Plaintiff and Counterdefendant,
                                            COMPUTER CACHE COHERENCY
                                            CORPORATION


I, Omer Salik, am the ECF User whose identification and password are being used to file the accompanying document. In compliance with General Order 45.X.B, I hereby attest that counsel for Intel and VIA have concurred in this filing.

| | | |
|---|---|---|
| 1 | Dated: February 17, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: /s/   Jennifer Ochs<br>         Robert P. Feldman |
| 5 | | Jennifer A. Ochs<br>Maura Rees<br>Matthew R. Reed |
| 6 | | |
| 7 | | Attorneys for Defendants and<br>Counterclaimants |
| 8 | | VIA TECHNOLOGIES, INC. and<br>VIA TECHNOLOGIES, INC. USA, |
| 9 | Dated: February 17, 2006 | FISH & RICHARDSON P.C. |
| 10 | | |
| 11 | | |
| 12 | | By: /s/   Tim Riffe<br>         Tim Riffe |
| 13 | | Attorneys for Defendant and Counterclaimant<br>INTEL CORPORATION |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

February 28, 2006

By: _____
Howard R. Lloyd
United States Magistrate Judge