IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>    Plaintiff,<br><br>    -v-<br><br>INTEL CORPORATION,<br><br>    Defendant. | **\*E-FILED - 5/31/06\***<br><br>CASE NO.: C-05-01766-RMW<br><br>**SEALING ORDER** |

IT IS HEREBY ORDERED that Intel Corporation's Notice of Motion for Summary Judgment of Non-Infringement and the Declaration of Jeffrey L. Rabe in Support of Intel Corporations' Notice of Motion and Motion for Summary Judgment of Non-Infringement shall be filed under seal.

IT IS SO ORDERED.

DATED: May 31, 2006

*Ronald M Whyte*
_____
RONALD M. WHYTE
United States District Judge

Copy of Order E-Filed to Counsel of Record: