**E-FILED on** 9/24/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. (USA),<br><br>Defendants. | No. C-05-01668 RMW<br><br>ORDER DENYING MOTION TO STRIKE EXPERT REPORT OF MICHEL DUBOIS RE: PLAINTIFF'S OPPOSITION TO VIA'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY<br>**[Re Docket No. 177]** |
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | No. C-05-01766 RMW<br><br>ORDER DENYING MOTION TO STRIKE EXPERT REPORT OF MICHEL DUBOIS RE: PLAINTIFF'S OPPOSITION TO INTEL'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY<br>**[Re Docket No. 122]** |

In both above-captioned cases, defendants Via and Intel separately moved to strike the expert report of Dr. Michel Dubois submitted in support of plaintiff Computer Cache Coherency Corporation's ("CCCC") opposition to each defendant's motion for summary judgment of non-

infringement and invalidity. Both defendants argued that the court should strike Dr. Dubois's expert report because it was unsworn. CCCC opposed each defendant's motion to strike Dubois's report. In its oppositions, CCCC pointed out that it had filed a declaration by Dr. Dubois attesting under oath that the facts and opinions contained in his expert reports are accurate, true, and correct, including the disputed declaration. Neither defendant filed a reply to CCCC's opposition. Accordingly, because the court is satisfied that Dr. Dubois has made the requisite attestation under oath, the court denies each defendant's motion to strike the disputed expert reports.

DATED: 9/21/07

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO STRIKE EXPERT REPORT OF MICHEL DUBOIS—No. C-05-01668 RMW; 05-01766 RMW MAG
2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Roderick G. Dorman | dormanr@hbdlawyers.com |
| Lawrence M. Hadley | hadleyl@hbdlawyers.com |
| Omer Salik | saliko@hbdlawyers.com |

**Counsel for Defendants:**

| | |
|---|---|
| James P. Bennett | jbennett@mofo.com |
| Juanita R. Brooks | brooks@fr.com |
| Joseph V Colaianni , Jr | Colaianni@fr.com |
| Paul Forrest Coyne | pcoyne@mofo.com |
| John Michael Farrell | jfarrell@fr.com |
| Karl J. Kramer | kkramer@mofo.com,sdevol@mofo.com |
| Jennifer A. Ochs | jochs@wsgr.com,lwang@wsgr.com |
| Timothy Wayne Riffe | Riffe@fr.com,conway@fr.com,gwilliams@fr.com |
| Thomas L. Treffert | TTreffert@mofo.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     9/24/07                              /s/ MAG
                                         **Chambers of Judge Whyte**