**E-FILED on**   3/19/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | No. C-05-01766 RMW<br><br>ORDER GRANTING INTEL'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR APPROVAL TO FILE RECENT DECISION<br><br>**[Re Docket No. 133]** |

      Defendant Intel Corporation ("Intel") seeks the court's approval to submit as important precedent the decision of the United States Supreme Court in *KSR Int'l Co. v. Teleflex Inc.*, 550 U.S. ___, 127 S. Ct. 1727 (2007), in support of Intel's Motion for Summary Judgment of Invalidity of U.S. Patent No. 5,072,369. Plaintiff Computer Cache Coherency Corporation does not oppose the court's consideration of the *KSR* decision. The court will therefore grant Intel's request. As there appears to be no opposition to doing so, the court will also consider Intel's argument regarding the impact of the case on the motion for summary judgment and CCCC's response to Intel's argument.

DATED:    3/18/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING INTEL'S MISCELLANEOUS ADMINISTRATIVE REQUEST FOR APPROVAL TO FILE RECENT DECISION—No. C-05-01766 RMW
MAG

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Roderick G. Dorman | dormanr@hbdlawyers.com |
| Lawrence M. Hadley | hadleyl@hbdlawyers.com |
| Omer Salik | saliko@hbdlawyers.com |

**Counsel for Defendants:**

| | |
|---|---|
| James P. Bennett | jbennett@mofo.com |
| Juanita R. Brooks | brooks@fr.com |
| Joseph V Colaianni , Jr | Colaianni@fr.com |
| Paul Forrest Coyne | pcoyne@mofo.com |
| John Michael Farrell | jfarrell@fr.com |
| Karl J. Kramer | kkramer@mofo.com,sdevol@mofo.com |
| Jennifer A. Ochs | jochs@wsgr.com,lwang@wsgr.com |
| Timothy Wayne Riffe | Riffe@fr.com,conway@fr.com,gwilliams@fr.com |
| Thomas L. Treffert | TTreffert@mofo.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 3/19/08

/s/ MAG
**Chambers of Judge Whyte**