```
 1  Juanita Brooks (CA State Bar No. 75934)
    brooks@fr.com
 2  John W. Thornburgh (CA State Bar No. 154627
    thornburgh@fr.com
 3  FISH & RICHARDSON P.C.
    12390 El Camino Real
 4  San Diego, CA  92130
    Telephone: (858) 678-5070
 5  Facsimile:  (858) 678-5099

 6  Ruffin B. Cordell (Admitted Pro Hac Vice)
    cordell@fr.com
 7  FISH & RICHARDSON P.C.
    1425 K Street, N.W.
 8  Washington, D.C. 20005
    Telephone: (202) 783-5070                *E-FILED - 4/28/08*
 9  Facsimile:  (202) 783-2331

10  Attorneys for Defendant and Counterclaimant
    INTEL CORPORATION
11
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION, | Case No. C 05-01766 RMW (HRL) |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL AND [] ORDER** |
| v. | |
| INTEL CORPORATION, | |
| Defendant. | |

   Defendant Intel's counsel, Fish & Richardson, P.C., hereby gives notice of its withdrawal from the above-captioned action.  Notice has been given to Intel and is hereby given to all other parties.  Substitute counsel, Morrison & Foerster, entered their appearance on March 7, 2007 (D132).

| | | |
|---|---|---|
| 1 | Dated: April 8, 2008 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/John W. Thornburgh |
| 4 | | John W. Thornburgh<br>thornburgh@fr.com |
| 5 | | FISH & RICHARDSON P.C.<br>12390 El Camino Real |
| 6 | | San Diego, CA  92130<br>Telephone: (858) 678-5070<br>Facsimile:  (858) 678-5099 |
| 7 | | |
| 8 | | Attorney for Defendant and<br>Counterclaimant<br>INTEL CORPORATION |
| 9 | | |
| 10 | IT IS SO ORDERED | |
| 11 | Dated:  4/28/08 | By: *Ronald M. Whyte* |
| 12 | | Hon. Ronald M. Whyte<br>United States District Court Judge |

2

NOTICE OF WITHDRAWAL OF COUNSEL AND []
ORDER
Case No. C 05-01766 RMW (HRL)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 8, 2008 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail and regular mail.

/s/John W. Thornburgh
Attorney for Defendant
Email:  thornburgh@fr.com