**E-FILED on** 10/21/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VIA TECHNOLOGIES, INC. and VIA TECHNOLOGIES, INC. (USA),<br><br>　　　　Defendants. | No. C-05-01668 RMW |
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | No. C-05-01766 RMW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF ORDER ON CROSS-MOTIONS RE: INFRINGEMENT |

ORDER ON CROSS-MOTIONS RE: INFRINGEMENT—No. C-05-01668 RMW; 05-01766 RMW
JAS

**ORDER**

Good cause appearing therefor, the court orders that:

1. Plaintiff's Motion for Leave to File Motion for Reconsideration of Order on Cross-Motions Re: Infringement Pursuant to Civil Local Rule 7-9 is GRANTED;

2. Plaintiff's Motion for Leave to File Motion for Reconsideration shall constitute its motion for reconsideration;

3. Defendants shall file their opposition(s) to Plaintiff's motion for reconsideration no later than October 27, 2008;

4. Plaintiff shall file its reply brief in support of its motion for reconsideration no later than November 3, 2008.

5. The court will consider the motion based on the parties filings. No hearing will be scheduled.

DATED:   10/20/08

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Roderick G. Dorman | dormanr@hbdlawyers.com |
| Lawrence M. Hadley | hadleyl@hbdlawyers.com |
| Omer Salik | saliko@hbdlawyers.com |

**Counsel for Defendants:**

| | |
|---|---|
| James P. Bennett | jbennett@mofo.com |
| Juanita R. Brooks | brooks@fr.com |
| Joseph V Colaianni , Jr | Colaianni@fr.com |
| Paul Forrest Coyne | pcoyne@mofo.com |
| John Michael Farrell | jfarrell@fr.com |
| Karl J. Kramer | kkramer@mofo.com |
| Jennifer A. Ochs | jochs@wsgr.com |
| Timothy Wayne Riffe | Riffe@fr.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     10/21/08                    /s/ JAS
                                            **Chambers of Judge Whyte**

ORDER ON CROSS-MOTIONS RE: INFRINGEMENT—No. C-05-01668 RMW; 05-01766 RMW
JAS                                                3