*E-FILED - 8/24/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>            Plaintiff,<br><br>      vs.<br><br>INTEL CORPORATION,<br><br>            Defendant. | CASE NO.05-cv-01766 RMW (HRL)<br><br>**[] ORDER RE STIPULATED VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS' COUNTERCLAIMS FOR DECLARATORY JUDGMENT OF INVALIDITY AND UNENFORCE-ABILITY PURSUANT TO F.R.C.P. 41(A)(1) AND FOR ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

Pursuant to the stipulation of the parties and the Court's September 23, 2008 and June 18, 2009 Orders (1) the Clerk is hereby directed to enter judgment forthwith under Fed. R. Civ. P. 58, in favor of Intel Corporation and against Computer Cache Coherency Corporation, that Intel Corporation does not infringe any claim of United States Patent No. 5,072,369, and (2) Defendant Intel Corporation's Counterclaims for Declaratory Judgment of Invalidity and Unenforceability are hereby dismissed without prejudice.

**IT IS SO ORDERED**

DATED: 8/24/09

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge

Submitted by:

**HENNIGAN, BENNETT & DORMdAN LLP**
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone:   (213) 694-1200
Facsimile:    (213) 694-1234


By      */s/ Omer Salik*
        Lawrence M. Hadley
        Omer Salik

Attorneys for Plaintiff
COMPUTER CACHE COHERENCY CORPORATION


**MORRISON & FOERSTER**
425 Market Street
San Francisco, California  94105
Telephone:   (415) 268-7000
Facsimile:    (415) 268-7522


By      */s/ Karl J. Kramer*
        James P. Bennett
        Karl J. Kramer

Attorneys for Defendant
INTEL CORPORATION

**ATTESTATION PURSUANT TO GENERAL ORDER 45.X**

I, Omer Salik, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

Dated: July 29, 2009                                By:  /s/  Omer Salik
                                                                    Omer Salik