**E-FILED on 8/24/09**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | No. C-05-01766 RMW<br><br>JUDGMENT |

Pursuant to: (1) the court's order of September 23, 2008 granting the motion of Intel Corporation for summary judgment of non-infringement and denying Computer Cache Coherency Corporation's cross-motion for summary judgment of infringement; (2) the court's order of June 18, 2009 denying Intel's motion for reconsideration; and (3) the stipulation of the parties dated July 29, 2009 whereby Intel dismissed its counterclaims for declaratory judgment of invalidity and unenforceability without prejudice,

IT IS HEREBY ORDERED that judgment be entered in favor Intel Corporation and against Computer Cache Coherency Corporation and that Computer Cache Coherency Corporation take nothing by way of its complaint.

DATED: 8/24/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Roderick G. Dorman    dormanr@hbdlawyers.com
Lawrence M. Hadley    hadleyl@hbdlawyers.com
Omer Salik    saliko@hbdlawyers.com

**Counsel for Defendants:**

James P. Bennett    jbennett@mofo.com
Karl J. Kramer    kkramer@mofo.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 8/24/09

JG

**Chambers of Judge Whyte**

JUDGMENT
05-01766 RMW