**E-FILED on** 08/31/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COMPUTER CACHE COHERENCY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | No. C-05-01766 RMW<br><br>AMENDED JUDGMENT |

Pursuant to: (1) the court's order of September 23, 2008 granting the motion of Intel Corporation for summary judgment of non-infringement and denying Computer Cache Coherency Corporation's cross-motion for summary judgment of infringement; (2) the court's order of June 18, 2009 denying Computer Cache Coherency Corporation's motion for reconsideration; and (3) the stipulation of the parties dated July 29, 2009 whereby Intel dismissed its counterclaims for declaratory judgment of invalidity and unenforceability without prejudice,

AMENDED JUDGMENT
05-01766 RMW

IT IS HEREBY ORDERED that judgment be entered in favor Intel Corporation and against Computer Cache Coherency Corporation and that Computer Cache Coherency Corporation take nothing by way of its complaint.

DATED: 08/31/09

RONALD M. WHYTE
United States District Judge

AMENDED JUDGMENT
05-01766 RMW

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Roderick G. Dorman dormanr@hbdlawyers.com
Lawrence M. Hadley hadleyl@hbdlawyers.com
Omer Salik saliko@hbdlawyers.com

**Counsel for Defendants:**

James P. Bennett jbennett@mofo.com
Karl J. Kramer kkramer@mofo.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 08/31/09                                              JAS
                                                              **Chambers of Judge Whyte**

AMENDED JUDGMENT
05-01766 RMW

3